NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RASHID EL MALIK,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-1684

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-5317, Judge Coral Wong Pietsch.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                             EL MALIK v. MCDONOUGH

accordance with the rules.

                                              FOR THE COURT

May 1, 2023
    Date                              /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court


**ISSUED AS A MANDATE:** May 1, 2023